No. 95–6004. BLYTHE v. UNITED STATES;
No. 95–6017. PARKS v. UNITED STATES;
No. 95–6019. PEART v. UNITED STATES; and

No. 95–6020. PEART v. UNITED STATES. C. A. 2d Cir. Certiorari denied.